IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'09 OCT 20 PM 3:38

TIMOTHY M. O'BRIEN
CLERK
BY _____ DEPUTY
AT KANSAS CITY, KS

DENNIS RAY YOUNG )
)
)
)
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
ULTRA-CHEM INC. )     Case Number: 09-CV-2543 JAR/DJW
Name )                (To be assigned by Clerk)
)
8043 FLINT )
Street and number )
)
LENEXA    KANSAS    66214 )
City       State     Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1.  This employment discrimination lawsuit is based on (check only those that apply):

    ✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    ✓ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    ___ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

for employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

\_\_\_\_ Other (Describe)

_____
_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period: From FEbruAry 4-8 2008 to JUNE 2-6 2008

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   \_\_\_\_ Yes   Date filed: ~~12/24/08~~
   X No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   X Yes   Date filed: 12/04/09
   \_\_\_\_ No

6. Have you received a Notice of Right-to-Sue Letter?
   X Yes \_\_\_\_ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
   ✓ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   \_\_\_\_ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   ___ failure to hire me
   ___ termination of my employment
   ✓ failure to promote me
   ___ failure to accommodate my disability
   ✓ terms and conditions of my employment differ from those of similar employees
   ___ retaliation
   ___ harassment
   ___ reduction in wages
   ✓ other conduct (specify):
   ULTRA-Chem FAiled to LET ME File A GrievAnce AgAinst
   A White Employee

   Did you complain about this same conduct in your charge of discrimination?
   X  Yes   ___ No

9. I believe that I was discriminated against because of (check all that apply):
   ✓ my race or color, which is BLACK
   ___ my religion, which is ___
   ___ my national origin, which is ___
   ✓ my gender, which is ✓ male;  ___ female
   ___ my disability or perceived disability, which is ___
   ✓ my age (my birth date is: 02/12/56 ).
   ✓ other: There Are No BLACKS IN MANAGEMENT

   Did you state the same reason(s) in your charge of discrimination?
   ✓ Yes   ___ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    I have Worked for UCI for 5plus Years, And I have Never been Asked if I wanted to be promoted Mitch GHErs has only been there Three years, Two Years At the Time that UltraChem Tried to promote him to Trainer. This was About that Time Jean Coffman, A TrainEr, separated from UCI. They needed to fill that posistion, so They UCI Tried to promote Mitch GHErs, But Never Asked me

3

AFTER U.C.I REFUSE TO LET ME FILE A GRIEVENCE AGAINST Mitch Ghers for MrGhers SLandered ME, CALLing Girl And SweetHeart, UCI Told ME Business will go on with order it has been going. Then UCI Turned Around And rewarded Him by Sending him to Arizona UCI'S other facility, TO TrAiN NEW Hires there. This WENT ON From 01/00/2008 TO 05/31/08 I have Explained to Cam Cravens (CEO) that I have manager skills. But I was Never considered.

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
   \_\_\_\_ are still being committed by Defendant.
   \_\_\_\_ are no longer being committed by Defendant.
   ✓ may still be being committed by Defendant.

12. Plaintiff:
   ✓ still works for Defendant
   \_\_\_\_ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
   \_\_\_\_ Yes     \_\_\_\_ No
   Explain: _____

**REQUEST FOR RELIEF**

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
   \_\_\_\_ Defendant be directed to employ Plaintiff
   \_\_\_\_ Defendant be directed to re-employ Plaintiff
   \_\_\_\_ Defendant be directed to promote Plaintiff
   ✓ Defendant be directed to PAY BACK MONIES LOST
   \_\_\_\_ Injunctive relief (please explain): _____
   ✓ Monetary damages (please explain): LOST WAGES
   ✓ Costs and fees involved in litigating this case
   ✓ As additional relief to make Plaintiff whole, Plaintiff seeks: 1,000,000.00 For PAIN & SUFFERING
and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 10 day of 1-5, 20 09.

Signature of Plaintiff: Dennis Young
Name (Print or Type): DENNIS YOUNG
Address: 2444 AGNES
City State Zip Code: K.C. MO. 64127

4

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, (Kansas City) or Topeka ), Kansas as the location for the trial in this matter. (circle one location)

*Dennis Young*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ( yes or no ).
(circle one)

*Dennis Young*
Signature of Plaintiff

Dated: 10/13/09
(Rev. 8/07)