AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| | | |
|---|---|---|
| Dennis Ray Young, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   09-2543-DJW |
| Ultra-Chem, Inc. | ) | |
| *Defendant(s)* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($___), which includes prejudgment interest at the rate of ___%, plus post judgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the defendant *(name)* ___.

X other: It is ordered and adjudged that in accordance with the Memorandum and Order filed and entered on October 6, 2011 (ECF No. 54), summary judgment is entered in favor of Defendant and against Plaintiff Dennis Ray Young on his remaining claims of race discrimination under Title VII and age discrimination under the ADEA.

This action was *(check one)*:

☐ tried by a jury with ___ presiding, and the jury has rendered a verdict.

☐ tried by ___ without a jury and the above decision was reached.

X decided by U.S. Magistrate Judge David J. Waxse on a motion for summary judgment (ECF No. 46).

Date:   Oct 6, 2011

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/ Marla Gonzales

*Signature of Clerk or Deputy Clerk*